FILED'06 JUL 18 12:40USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 02-220-HA |
| Plaintiff | ORDER FOLLOWING NINTH CIRCUIT MANDATE REMANDING THIS CASE TO THE DISTRICT COURT OF OREGON FOR AN <u>AMELINE</u> DETERMINATION |
| v. | |
| CLEBURN BRIGHAM, JR. | |
| Defendant. | |

On May 5, 2006, the Ninth Circuit Court of Appeals remanded this case for an <u>Ameline</u> determination as to whether the Court would have imposed a different sentence if it were aware that the federal sentencing guidelines were advisory and not mandatory.

Defendant pled guilty to Counts 1 through 6 of the Indictment:

Counts 1, 2, & 4 - False Statements on Loan Application

Count 3 - False Statements to the U. S. Small Business Administration

Counts 5 and 6 - Misuse of Social Security Number

The Court, after review of the pre-sentence report, concludes that defendant would not have received a materially different sentence if the sentencing guidelines would have been deemed advisory. Therefore, the Court finds that there is no need for a re-sentencing.

DATED this 17th day of July, 2006.

ANCER L. HAGGERTY
CHIEF U. S. DISTRICT COURT JUDGE

Page - 1 - ORDER FOLLOWING THE NINTH CIRCUIT MANDATE REMANDING.......